# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

Gotti    v.    Benitez et al    No.    08cv1245-BEN (POR)

Plaintiffs                                    Defendants

PROCEEDINGS:    ___ In Chambers    ___ In Court    ___ Telephonic

Judge Porter hereby recuses herself from the above-entitled action. Please assign a new Magistrate Judge to this case. There are currently no matters set on Judge Porter's calendar.

New case number 08cv1245-BEN (AJB).

NOTICE:    ___ In Person    ___ By Telephone    ___ Copies Sent

DATE:    July 23, 2008    DEPUTY: [signature]

cc: Judge Benitez